R. E. Wright Associates, Inc. *v.* Zoning Hearing Board of Penn Township et al. James N. Bachman and Maureen M. Bachman, Appellants.

Argued December 8, 1978, before Judges CRUMLISH, JR., BLATT and MACPHAIL, sitting as a panel of three.

*Lawrence J. Patterson,* with him *J. Martin Shreiner,* for appellants.

*Herbert A. Schaffner,* with him *Reynolds, Bihl and Schaffner,* for appellee.

Opinion by Judge Crumlish, Jr., April 19, 1979:

Our review of the record reveals no abuse of discretion or error of law and Judge Mueller soundly reasoned his conclusions which we affirm. His opinion may be found at 66 Lanc. L. Rev. 183 (1977).

Accordingly, we

### Order

And Now, this 19th day of April, 1979, the order of the Court of Common Pleas of Lancaster County dated July 18, 1977, is affirmed and may be found at 66 Lanc. L. Rev. 183 (1977).